**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Denzel Reid, (#M-47105/160174), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 50305 |
| | ) | |
| v. | ) | |
| | ) | |
| Sergeant Boyd, et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendants. | ) | |

## ORDER

    On August 16, 2018, Magistrate Judge Johnston entered a report and recommendation [40] recommending that defendants' request for dismissal of the complaint be granted, and that plaintiff's claims be dismissed without prejudice for failure to exhaust his administrative remedies. No timely objection has been filed to this report and recommendation. The court has reviewed the record and accepts the report and recommendation. Plaintiff's complaint is dismissed without prejudice for failure to exhaust.

Date: 09/11/2018     ENTER:

_Philip G. Reinhard_
United States District Court Judge

    Notices mailed by Judicial Staff. (LC)